SEPTEMBER 4, 1958.

No. 116, October Term, 1958. AMERICAN BROADCASTING-PARAMOUNT THEATRES, INC., *v.* UNITED STATES. Appeal from the United States District Court for the Southern District of New York. Dismissed per stipulation pursuant to Rule 60 of the Rules of this Court. *Albert C. Bickford* for appellant. *Oscar H. Davis,* then Acting Solicitor General, for the United States.